UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>        Respondent. | No.  2:14-cv-1618 KJN P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      Moreover, the petition was signed by an inmate assisting petitioner with the filing of his petition, Jason Earl Jones, CDC No. P70638.  However, Rule 11 requires that the litigant proceeding without counsel must personally sign his own pleading.  Therefore, petitioner must sign the petition and re-file the petition that contains his own signature.  Prison officials at the California Substance Abuse Treatment Facility ("SATF-CSP") are asked to cooperate with Jason Earl Jones' efforts to obtain petitioner's signature and return the signed petition to the court as soon as possible.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

2. Within thirty days from the date of this order, petitioner shall file a petition that is personally signed by petitioner James Washington.

3. The Clerk of the Court is directed to:

    A. Send petitioner a copy of the in forma pauperis form used by this district, as well as a copy of the July 9, 2014 petition, pages 1-15 (ECF No. 1 at 1-15);.

    B. Send a copy of the instant order to Jason Earl Jones, CDC No. P70638, California Substance Abuse Treatment Facility (5242), Corcoran State Prison, P.O. BOX 5242, Corcoran, CA 93212-5242.

4. Prison officials at SATF-CSP are asked to cooperate with inmate Jason Earl Jones' efforts to obtain petitioner's signature and return the signed petition to the court as soon as possible.

Dated: July 18, 2014

/wash1618.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE