1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES WASHINGTON,                        No.  2:14-cv-1618 KJN P

12                  Petitioner,

13        v.                                   ORDER

14   STU SHERMAN,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. §  2254.  Pursuant to the court's July 18, 2014 order, petitioner filed

19   a motion to proceed in forma pauperis.

20        Examination of the in forma pauperis application reveals that petitioner is unable to afford

21   the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See

22   28 U.S.C. § 1915(a).

23        By order filed July 18, 2014, petitioner was directed to file, within thirty days, a petition

24   that was personally signed by petitioner James Washington.  Thirty days from that date have now

25   passed, and petitioner has not filed an amended petition.  Petitioner did not address this

26   requirement in his motion to proceed in forma pauperis.

27        As noted in the July 18, 2014 order, the petition was signed by an inmate, Jason Earl

28   Jones, CDC No. P70638, who was assisting petitioner with the filing of his petition.  However,

1   Rule 11 requires that the litigant proceeding without counsel must personally sign his own

2   pleading. Therefore, petitioner must personally sign the petition and re-file the petition that bears

3   his own signature.  The litigation coordinator at the California Substance Abuse Treatment

4   Facility ("SATF-CSP") is asked to cooperate with Jason Earl Jones' efforts to obtain petitioner's

5   signature and return the signed petition to the court as soon as possible.

6        Petitioner is warned that failure to timely comply with this order will result in the

7   dismissal of this action.

8        In accordance with the above, IT IS HEREBY ORDERED that:

9        1.  Petitioner is granted leave to proceed in forma pauperis;

10       2.  Within thirty days from the date of this order, petitioner shall file a petition that is

11   personally signed by petitioner James Washington.

12       3.  In addition to petitioner, the Clerk of the Court is directed to serve a copy of the instant

13   order on (a) Jason Earl Jones, CDC No. P70638, California Substance Abuse Treatment Facility

14   (5242), Corcoran State Prison, P.O. Box 5242, Corcoran, CA 93212-5242, and (b) the litigation

15   coordinator at the California Substance Abuse Treatment Facility; and

16       4. The litigation coordinator at SATF-CSP is asked to cooperate with inmate Jason Earl

17   Jones' efforts to obtain petitioner's signature and return the signed petition to the court as soon as

18   possible.

19   Dated:  September 9, 2014

20

21   wash1618.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2